**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00518-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TRACY DEAN NUNEZ,

    Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

    Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

    ORDERED that the defendant, Tracy Dean Nunez, be allowed to travel to Toluca, Mexico, from April 10, 2015, to April 25, 2015.

    DATED at Denver, Colorado, this __13th__ day of February, 2015.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK
    United States District Judge