**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 02-cr-00518-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TRACY DEAN NUNEZ,

        Defendant.

---

**ORDER REGARDING DEFENDANT'S REQUEST TO TRAVEL INTERNATIONALLY**

---

THIS MATTER is before the Court upon request by the probation officer

HAVING considered the probation officer's report, the Court

__x__ ORDERS that the defendant's travel request is granted, authorizing travel to Las Alamedas, Mexico, from December 19, 2015, to January 9, 2016.

____ DENIES the request with further instruction:

DATED at Denver, Colorado, this __3rd__ day of December, 2015.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock
        Senior United States District Judge